## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT NOLASCO, in individual and representative capacity as Trustee of the Nolasco 2007 Family Trust; <br> GAYLE NOLASCO, in individual and representative capacity as Trustee of the Nolasco 2007 Family Trust; <br> KOURETAS & KOURETAS, LP; Ductrac; and Does 1-10, <br><br> Defendants. | Case: 2:16-CV-02677-TLN-AC <br><br> **ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: January 3, 2017

_____
Troy L. Nunley
United States District Judge

1